United States Bankruptcy Court

Southern District of Indiana

In re:  Case No. 22-90102-AKM
Timothy Lee Stark  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0756-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: SF00200 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: wildlifeinneed@aol.com | Feb 24 2022 21:17:00 | Timothy Lee Stark, PO Box 114, Charlestown, IN 47111-0114 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Koziura Quick | on behalf of Creditor State of Indiana Amanda.Quick@atg.in.gov Marie.Baker@atg.in.gov |
| Charity S Bird | cbn@neukommtrustee.com cbn@trustesolutions.net;assistant@neukommtrustee.com;crambicure@merlegal.com;KY60@ecfcbis.com;tyeager@kaplanjohnsonlaw.com |
| Heather M. Crockett | on behalf of Creditor State of Indiana Heather.Crockett@atg.in.gov marie.baker@atg.in.gov |
| Kayla D. Britton | on behalf of Creditor Indianapolis Zoological Society  Inc. kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com |

| | | |
|---|---|---|
| District/off: 0756-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 24, 2022 | Form ID: SF00200 | Total Noticed: 1 |

Lisa Koch Bryant
    on behalf of Creditor People for the Ethical Treatment of Animals lbryant@tilfordlaw.com cgregory@tilfordlaw.com

Ronald J. Moore
    on behalf of U.S. Trustee U.S. Trustee Ronald.Moore@usdoj.gov

U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT  SF00200 (rev 11/2020)
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Timothy Lee Stark**,  Case No. **22−90102−AKM−7**
　　　　Debtor.

## NOTICE OF HEARING

The Court, after reviewing this case, determines that a hearing is required to evaluate the following matter(s):

　　Hearing on Debtor's Application for Waiver of Chapter 7 Filing Fee with a Limited Objection filed by the Trustee

**NOTICE IS GIVEN** that a hearing will be held as follows:

　　Date:　March 7, 2022
　　Time:　11:30 AM EST
　　Place:　877−873−8018; access code 1337825

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Dated:　February 24, 2022　　　　　　　　Eric R. Kleis
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court